*1002 Concurrence in Order by Judge W. FLETCHER;
Dissent to Order by Judge CALLAHAN;
Dissent to Order by Judge BEA;
Opinion by Judge W. FLETCHER;
Concurrence by Judge SINGLETON
ORDER
The opinion filed August 14, 2015, and reported at 798 F.3d 815, is hereby amended, and is replaced by the Amended Opinion attached hereto.
A judge requested a vote on whether to rehear the case en banc. The case failed to receive a majority of the votes of the non-recused active judges in favor of en banc consideration. See Fed. R. App. P. 35.
Future petitions for panel rehearing or rehearing en banc will not be entertained.